JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR PARDO-PENA,<br><br>              Plaintiff,<br><br>    v.<br><br>RONALD SPECTOR, et al.,<br><br>              Defendants. | Case No. 2:20-cv-03562-MAA<br><br>**JUDGMENT** |

In accordance with the accompanying Order granting summary judgment to all Defendants, filed herewith,

IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice in its entirety.

DATED: January 26, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE